IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:15-mj- 206 |
| ) | |
| v. ) | |
| ) | *UNDER SEAL* |
| LAVON M. WILLIAMS ) | |

FILED
CHARLOTTE, NC
MAY 28 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## ORDER SEALING COMPLAINT, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the criminal Complaint, the arrest Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the criminal Complaint, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to send a copy of this Order to the United States Attorney's Office via email to steven.kaufman@usdoj.gov.

SO ORDERED this 28th day of May 2015.

THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE