**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

FILED
CHARLOTTE, NC
AUG 0 6 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

|                              |   |                              |
|------------------------------|---|------------------------------|
| **UNITED STATES OF AMERICA** | ) | **Docket No. 3:15-mj-206**   |
|                              | ) |                              |
| v.                           | ) |                              |
|                              | ) | ***UNDER SEAL***             |
| **LAVON M. WILLIAMS**        | ) |                              |
|                              | ) |                              |

## ORDER UNSEALING COMPLAINT AND ARREST WARRANT

UPON MOTION of the United States of America for an order directing that the criminal Complaint and the arrest Warrant be unsealed,

IT IS HEREBY ORDERED that the criminal Complaint and the arrest Warrant be unsealed.

The Clerk is directed to send a copy of this Order to the United States Attorney's Office via email to steven.kaufman@usdoj.gov.

SO ORDERED this 6th day of August 2015.


THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE